# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 13, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158130(88)
158132(49)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                         SC: 158130
                                                          COA: 337329
                                                          Monroe CC: 16-242675-FH
JONTELE SWANSON-DEVILL GOODWIN,
          Defendant-Appellant.
_____

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                         SC: 158132
                                                          COA: 338266
                                                          Monroe CC: 16-243088-FC
JONTELE SWANSON-DEVILL GOODWIN,
          Defendant-Appellant.
_____/

       On order of the Chief Justice, the second motions of defendant-appellant to extend the time for filing an amended application for leave to appeal are GRANTED. The amended application submitted on March 11, 2019, is accepted for filing.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 13, 2019



Clerk